UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TANISHA CLARK,

CASE NO.: 1:16-cv-02409-MHC

v.

ALLIED INTERSTATE, LLC,

    Defendants.
_____/

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ALLIED INTERSTATE, LLC, ONLY

It is hereby stipulated and agreed, by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, as to Allied Interstate, LLC, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii). Each party is to bear their own fees and costs except as otherwise agreed upon between the parties prior to this stipulation.

Dated: July 28, 2017                                Respectfully Submitted,

| **CENTRONE & SHRADER, PLLC** | **GREENBERG TRAURIG, LLP** |
|---|---|
| 612 W. Bay Street | Terminus 200 |
| Tampa, Florida 33606 | 3333 Piedmont Road, NE, |
| Phone: (813) 360-1529 | Suite 2500 |
| Fax: (813) 336-0832 | Atlanta, Georgia 30305 |
|  | Phone: (678) 553-2100 |
|  | Fax: (678) 553-2212 |
|  |  |
| /s/ Sumeet Shah | /s/ Charles H. Crawford III |
| **SUMEET SHAH, ESQ.** | **CHARLES H. CRAWFORD III** |
| Georgia Bar No.: 122408 | Georgia Bar No.: 153073 |
| e-mail: sshah@centroneshrader.com | e-mail: crawfordc@gtlaw.com |
| Attorney for Plaintiff | Attorney for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2017, a true and correct copy of the forgoing was filed with the Clerk of Court for the Northern District of Georgia through the CM/ECF system that will give notice to all parties of record.

/s/ Sumeet Shah
Attorney